■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUY MCEACHIN, Appellant. [762 NYS2d 259] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 1, 2002 (*People v McEachin,* 296 AD2d 423 [2002]), affirming a judgment of the Supreme Court, Queens County, rendered September 14, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Florio, J.P., Feuerstein, Krausman and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEANTY MEDE, Appellant. [761 NYS2d 837] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hollie, J.), rendered April 12, 2002, convicting him of sexual abuse in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of sexual abuse in the first degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]; *People v Udzinski,* 146 AD2d 245 [1989]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish his guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Ritter, J.P., S. Miller, Luciano and H. Miller, JJ., concur.